Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-10-00596-CR

Oscar **JIMENEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR3903W
Honorable Raymond Angelini, Judge Presiding

Opinion by:   Catherine Stone, Chief Justice

Sitting:   Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Rebecca Simmons, Justice

Delivered and Filed:  June 1, 2011

AFFIRMED

Based on Oscar Jimenez's plea of true to violating the terms of his community supervision, the trial court revoked Jimenez's community supervision and sentenced him to four years imprisonment in the underlying cause.  Jimenez's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967).  Counsel concludes that the appeal has no merit.  Counsel provided Jimenez with a copy of the brief and informed him of his right to review the record and file his own brief.

*See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).  Jimenez filed a *pro se* brief asserting that the sentence imposed by the trial court upon revocation was cruel and unusual punishment that is constitutionally prohibited.  The State responded to Jimenez's *pro se* brief contending: (1) his argument with regard to cruel and unusual punishment had not been preserved for appellate review; and (2) the sentence was based on an agreement between the State and the defense.

After reviewing the record, counsel's brief, Jimenez's *pro se* brief, and the State's brief, we agree that the appeal is frivolous and without merit.  *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005) (noting court of appeals should not address merits of issues raised in an *Anders* brief or a *pro se* response but should only determine if the appeal is frivolous).  The judgment of the trial court is affirmed.  Appellate counsel's motion to withdraw is granted.  *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.  No substitute counsel will be appointed.  Should Jimenez wish to seek further review of this case by the Texas Court of Criminal Appeals, Jimenez must either retain an attorney to file a petition for discretionary review or Jimenez must file a *pro se* petition for discretionary review.  Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court.  *See* TEX. R. APP. P. 68.2.  Any petition for discretionary review must be filed with this court, after which it will be forwarded to the Texas Court of Criminal Appeals.  *See* TEX. R. APP. P. 68.3, 68.7.  Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 68.4.

Catherine Stone, Chief Justice

DO NOT PUBLISH